**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1419**

_____

JACOB ROGINSKY,

                                Plaintiff - Appellant,

       versus

BRIAN H. HERLIHY, Officer; WILLIAM R. WINTERS,
Sergeant; CAROLYN A. WOODWARD, Lieutenant;
TIMOTHY D. PLUMER, Lieutenant,

                                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-99-3267-AW)

_____

Submitted: June 15, 2000           Decided: June 21, 2000

_____

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jacob Roginsky, Appellant Pro Se. John Francis Breads, Jr., Columbia, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jacob Roginsky appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Roginsky v. Herlihy, No. CA-99-3267-AW (D. Md. Mar. 21, 2000.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on March 20, 2000, the district court's records show that it was entered on the docket sheet on March 21, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).